IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03152-RPM-MEH

CATHERINE DOLAN,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF RIO BLANCO, CO,

    Defendant.

## ORDER GRANTING JOINT MOTION TO AMEND THE SCHEDULING ORDER TO EXTEND DISCOVERY CUTOFF AND THE DISPOSITIVE MOTION DEADLINE

This matter comes before the Court upon the parties' Joint Motion to Amend the Scheduling Order to Extend Discovery Cutoff and the Dispositive Motion Deadline. The Court, having reviewed the Joint Motion and being fully advised of the matters contained therein, hereby ORDERS as follows:

The parties' Joint Motion to Amend the Scheduling Order to Extend Discovery Cutoff and the Dispositive Motion Deadline is granted. The Scheduling Order is amended as follows:

- discovery cut-off is extended to **October 16, 2015**, and
- dispositive motions deadline is extended to **November 21, 2015**.

Dated this 31st day of August, 2015.

                        BY THE COURT:
                        s/Richard P. Matsch

                        _____
                        United States District Court Judge