IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  14-cv-03152-RPM

CATHERINE DOLAN,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF RIO BLANCO, CO.,

    Defendant.

---

ORDER SETTING TRIAL DATE

---

    Pursuant to the pretrial conference today, it is

    ORDERED that this matter is set for trial to jury on **May 23, 2016, at 8:30 a.m.,** (counsel to be present at 8:00 a.m.) in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIIIJudges/HonRichardPMatsch.aspx

    Dated:   March 15th, 2016

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                _____
                                Richard P. Matsch, Senior District Judge